**Eugene H. MATHISON
Plaintiff-Appellant**

v.

**UNITED STATES of America
Defendant-Appellee**

**Eugene H. Mathison Plaintiff-
Appellant**

v.

**United States of America
Defendant-Appellee**

**No. 16-4285, No. 16-4286**

United States Court of Appeals,
Eighth Circuit.

Submitted: July 18, 2017

Filed: July 26, 2017

Eugene H. Mathison, Pro Se

Stephanie Carlson Bengford, Assistant
U.S. Attorney, Kevin Koliner, Assistant
U.S. Attorney, U.S. Attorney's Office, District
of South Dakota, Sioux Falls, SD, for
Defendant-Appellee

Before COLLOTON, MURPHY, and
KELLY, Circuit Judges.

PER CURIAM.

In these consolidated cases, Eugene Mathison
appeals following the district

1. The Honorable Lawrence L. Piersol, United
   States District Judge for the District of South

court's[1] denial of his petitions for coram
nobis relief. Upon careful review, we conclude
that the district court properly denied relief. See United States v. Camacho-Bordes,
94 F.3d 1168, 1173 (8th Cir. 1996)
(standard of review; coram nobis writ
should be granted only under circumstances
compelling such action to achieve
justice and to correct errors of most fundamental
character); Azzone v. United
States, 341 F.2d 417, 419-20 (8th Cir. 1965)
(per curiam) (coram nobis petitioner not
entitled to review of issues that were considered
and resolved either on direct appeal
or in 28 U.S.C. § 2255 motion). Accordingly,
we affirm. See 8th Cir. R. 47B.